ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

UNDER SEAL

FILED 12 DEC '13 14:35 USDC-ORP

United States of America )
v. )
) Case No. 3:13-cr-00444-02-BR
Jack Holden, et al )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jack Holden, et al ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail and Wire Fraud
Wire Fraud
Mail Fraud
Engaging in Monetary Transactions with Criminally Derived Property
Money Laundering Conspiracy

Date: **09/25/2013**

City and state: Portland, Oregon

s/P. Scheneman
*Issuing officer's signature*

P. Scheneman, Deputy Clerk
*Printed name and title*
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/25/13 , and the person was arrested on *(date)* 12/12/13 at *(city and state)* PDX, OR . |
| Date: 12/12/13  Self Ser pre above  *Arresting officer's signature*  Kinney 4926  *Printed name and title* |